

# NUMBER 13-14-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SANDRA MILLER,                                                              Appellant,

v.

JERRY MILLER,                                                              Appellee.

### On appeal from the 105th District Court
### of Kenedy County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on June 6, 2014, and the parties were ordered to mediation. This cause is before the Court on appellant's motion to dismiss the appeal with a certificate of consultation. The motion states that the parties have participated in mediation and have resolved their pending disputes. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of October, 2014.